# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147957

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JAMES R. WEAVER, in his Individual capacity and as Trustee of the James Robert Weaver Trust, LINDA MALCOLM, BETTY STORA, Individually and as Trustee of the Betty Wyant Stora Family Revocable Trust #1, LINDA KRAMER, DONALD KRAMER, Individually and as Trustee of the Merriel Anne Kramer Revocable Trust No. 1 UAD December 13, 2006, DOUGLAS WEIANDT, DIANE WEIANDT, MARK KAVANAUGH, GEORGIA J. KAVANAUGH, CHARLES L. CAMMIRE, LOUISE E. CAMMIRE, IAN STORCH, GLENNA STORCH, KATHLEEN KARNES, FRED KARNES, BETTY KARNES, JEFF WELLS, CHERYL WELLS, GARY BAUMANN, DENISE BAUMANN, ARLENE JOHNSON, DANIEL HUGHES and CATHERINE HUGHES,
          Plaintiffs-Appellees,
and

JERRY A. MAIS, Individually and as Trustee of the MAIS FAMILY TRUST, and JERRY A. MAIS TRUST,
          Intervenors-Appellants,

v

JOSEPH FABIAN, Individually, FABIAN & ASSOCIATES, L.L.C., a Michigan Limited Liability Company, and AMERICAN SURPLUS SALVAGE, L.L.C., a Michigan Limited Liability Company,
          Defendants-Appellees.

SC: 147957
COA: 311428
Kalamazoo CC: 2010-000515-CZ

_____/

On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

t0127